UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LINDA I SLONE, :
:
Plaintiff, :
: 19-cv-7573 (LJL)
-v- :
: ORDER
NUVE MIGUEL CORP. ET AL, :
:
Defendants. :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the case management conference previously scheduled for June 9, 2020 at 4:00 p.m. shall proceed instead on June 29, 2020 at 10:00 a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that the June 26, 2020 deadline for submitting summary judgment motions is ADJOURNED pending further order from the Court. In advance of the above-mentioned conference and no later than June 15, 2020, any party intending to move for summary judgment shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for the anticipated summary judgment motion, including the legal standards and elements governing the claims at issue. Any party intending to oppose that motion shall file on ECF a letter, not to exceed three pages in length, setting forth anticipated arguments in opposition by June 22, 2020. The content and timing for any anticipated motions for summary judgment will be discussed at the June 29, 2020 conference.

    The deadline for submission of a Joint Pretrial Order will be discussed at the June 29, 2020 conference.

    SO ORDERED.

Dated: February 11, 2020
       New York, New York
                                        LEWIS J. LIMAN
                                        United States District Judge